IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUDOLPH AND LOIS JOHNSON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-05512 |
| SUNOCO, INC. (R&M), ET AL. | : | |

# O R D E R

**AND NOW**, this 28th day of February, 2017, upon consideration of Plaintiffs' Motion to Remand (ECF No. 20), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Plaintiffs' Motion to Remand is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**