IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDOLPH AND LOIS JOHNSON, | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 16-05512 |
| SUNOCO, INC. (R&M), ET AL. | : |

## ORDER

**AND NOW**, this  15th  day of February, 2018, upon consideration of Defendant United States Steel Corporation's Motion pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the claims for battery and for punitive damages and Motion pursuant to Rule 12(e) for a more definite statement (ECF No. 11), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**